UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORLEY TABARES and, MARIA TABARES, Plaintiffs, v. FIRST HORIZON HOME LOAN CORPORATION, Defendant. | Civil Action No. 05-017 (ML) |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant First Horizon Home Loan Corporation ("First Horizon") states as follows:

First Horizon Home Loan Corporation is a wholly-owned subsidiary of First Tennessee Bank National Association, which is a wholly-owned subsidiary of First Horizon National Corporation, a publicly traded company.

3

Respectfully Submitted,

FIRST HORIZON HOME LOAN CORPORATION,
By its attorneys,

John B. Daukas (R.I. Bar No. 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

OF COUNSEL:

U. Gwyn Williams (BBO # 565181)
Daniel J. Pasquarello (BBO # 647379)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on Plaintiffs' counsel by placing a copy of same in the United States mail, this the 18th day of February, 2005.

John B. Daukas

LIBA/1466055.1