**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORLEY TABARES and<br>MARIA TABARES,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME<br>LOAN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-017(ML) |

**PLAINTIFFS' ANSWER TO COUNTERCLAIM OF FIRST HORIZON HOME LOAN CORPORATION**

The Plaintiffs have already met all of the tender obligations that may be due and owing to the Defendant. Accordingly, the relief requested in the Counterclaim is moot.

**WHEREFORE**, the Plaintiffs request that the Counterclaim of the Defendant be dismissed.

Respectfully submitted,

Christopher M. Lefebvre #4019
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed to John B. Daukas, GOODWIN PROCTER LLP, Exchange Place, Boston MA 02109 on this 21st day of March, 2005.



4