UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORLEY TABARES and, MARIA TABARES,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION,<br>Defendant. | Civil Action No. 05-017 (ML) |

**JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Plaintiffs Norley Tabares and Maria Tabares ("Plaintiffs") and Defendant First Horizon Home Loan Corporation ("First Horizon") hereby jointly move to reschedule the June 30, 2005 Settlement Conference before Magistrate Judge Martin. In support thereof, the parties state as follows:

1. The parties only received notice on Thursday June 23, 2005 that the Settlement Conference had been scheduled for June 30, 2005. One of First Horizon's attorneys has a conflict on June 30 and cannot attend the Settlement Conference.

2. Further, the parties have initiated and are currently engaged in good-faith settlement negotiations and may be able to resolve this litigation within the next several weeks without burdening the Court.

3. WHEREFORE, Plaintiffs and First Horizon hereby jointly request that the Court postpone the Settlement Conference for at least two weeks, until July 14, 2005 at the earliest.

IT IS SO ORDERED:

This the _________ day of ________________, 2004.

_________________________________

The Honorable Mary M. Lisi
United States District Court Judge

***AGREED TO AND RESPECTFULLY SUBMITTED:***

Plaintiffs,
NORLEY TABARES AND MARIA TABARES,

By their attorney,

LAW OFFICES OF CLAUDE LEFEBVRE & SONS

[signature] 6/28/05

Christopher M. Lefebvre, Esq.
P.O. Box 479
Pawtucket, RI 02862
Tel.: 401-728-6060
Fax: 401-728-6534

Defendant,
FIRST HORIZON HOME LOAN CORPORATION,
By its attorneys,

John B. Daukas by C.M.L. with permission

John B. Daukas (R.I. Bar No. 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

OF COUNSEL:

U. Gwyn Williams (BBO # 565181)
Daniel J. Pasquarello (BBO # 647379)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

DATED: June 28, 2005

LIBA/1561344.1