UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORLEY TABARES and,<br>MARIA TABARES,<br>Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 05-17ML |

**ORDER GRANTING**
**JOINT MOTION TO RESCHEDULE**
**SETTLEMENT CONFERENCE**

The Joint Motion to Reschedule Settlement Conference is granted. The settlement conference is hereby scheduled for Thursday, July 28, 2005, at 2:00 p.m.

ENTER:

David L. Martin
United States Magistrate Judge
June 30, 2005

BY ORDER:

Deputy Clerk