UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORLEY TABARES and,
MARIA TABARES,

Plaintiffs,

v.

FIRST HORIZON HOME LOAN
CORPORATION,
Defendant.

Civil Action No. 05-017 (ML)

RECEIVED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Norley Tabares and Maria Tabares and Defendant First Horizon Home Loan Corporation, being all of the parties to the above-captioned action, hereby stipulate and agree to the dismissal of this action **with prejudice**, and with each party waiving its right to appeal and bearing its own costs.

Enter: Mary M. Lisi USDJ 8/1/05

Respectfully submitted:

Plaintiffs,
NORLEY TABARES AND MARIA TABARES,

By their attorney,

LAW OFFICES OF CLAUDE
Christopher M. Lefebvre, Esq.
P.O. Box 479
Pawtucket, RI 02862
Tel.: 401-728-6060
Fax: 401-728-6534

Defendant,
FIRST HORIZON HOME LOAN CORPORATION,
By its attorneys,

John R. Dailey (R.I. Bar No. 5437)
(617) 570-1000

OF COUNSEL:

U. Gwyn Williams (BBO # 565181)
Daniel J. Pasquarello (BBO # 647379)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

DATED: July 25th, 2005

Norley Tabares 7/25/05
Maria Tabares 7/25/05